

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00210-CV

**DERRICK TAYLOR,**

                                        **Appellant**

 **v.**

**BRAZOS VALLEY REAL ESTATE,**

                                        **Appellee**

From the County Court at Law No. 3
McLennan County, Texas
Trial Court No. 20240397CV3

## MEMORANDUM OPINION

Appellant, Derrick Taylor, filed a notice of appeal on July 5, 2024 challenging the trial court's final judgment signed on June 28, 2024. On July 8, 2024, Appellant was notified that a docketing statement was required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated August 19, 2024, the Clerk of this Court notified Appellant that the docketing

statement had not been filed and warned that the Court may dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.*at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC,* No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed October 3, 2024
Do not publish
[CV06]

